1

2

**UNITED STATES DISTRICT COURT**

3

**DISTRICT OF NEVADA**

4

5

6    NEVADA CHAPTER OF THE NEW          )
     BLACK PANTHER PARTY,               )

     ERIC GRIFFIN                       )

7              Plaintiffs,              )          2:10-cv-01286-GMN-RJJ
                                        )
8    vs.                                )
                                        )          **ORDER**
9    PATRICK WELSH, *et al.*,           )
                                        )
10             Defendants.              )
     _____/

11

12              This is a civil rights action submitted by the plaintiff Eric Griffin.  However, under  28

13   U.S.C. § 1915(g), Griffin has been banned from filing actions *in forma pauperis* unless he can show he

14   is in imminent danger of serious physical injury.  Plaintiff cannot proceed *in forma pauperis* in this

15   action or any other civil action filed in any federal court because he has had three (3) or more prior

16   actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or

17   malicious.  Plaintiff has not alleged, and the subject matter of this action does not indicate, that he is in

18   imminent danger of serious physical injury.  He must pre-pay the filing fee in full.

19              **IT IS THEREFORE ORDERED** that plaintiff's motion to proceed without *in forma*

20   *pauperis* (docket #1) is **DENIED**.

21              **IT IS FURTHER ORDERED** that this entire action will be immediately dismissed

22   without prejudice unless plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of

23   this order.

24              **IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of

25   this order.  Plaintiff shall make the necessary arrangements to have one copy of this order attached to

26   the check paying the filing fee.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall retain the complaint.

DATED this <u>17th</u> day of August, 2010.

_____
Gloria M. Navarro
United States District Judge