UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC GRIFFIN, *et al.*, | ) |
| Plaintiff, | ) 2:10-cv-1286-GMN-RJJ |
| vs. | ) |
| PATRICK WELSH, *et al.*, | ) O R D E R |
| Defendant, | ) |

This matter was referred to the undersigned Magistrate Judge on the following motions filed by the Plaintiff,

1. Motion for Appointment of Counsel (#2);

2. Motion to Change Venue (#3); and,

3. Motion to Change Venue (#9).

The Court having reviewed the Motions (#2, #3 and #9) and good cause appearing therefore,

**IT IS HEREBY ORDERED that the above referenced Motions (#2, #3 and #9) are DENIED**.

DATED this 27TH day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge