UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| ERIC GRIFFIN, *et al.*, | )<br>) |
| Plaintiff, | )   2:10-cv-1286–GMN-RJJ<br>) |
| vs. | )<br>) |
| PATRICK WELSH, *et al.*, | )   O R D E R<br>) |
| Defendant, | ) |

This matter is before the Court on Plaintiff's Emergency Motion (#16) to arrest all suspects.

The Court having reviewed the Motion (#16) and good cause appearing therefore,

IT IS HEREBY ORDERED that Plaintiff's Emergency Motion (#16) to arrest all suspects is **DENIED**.

DATED this  30th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge