UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NEVADA CHAPTER OF THE NEW )
BLACK PANTHER PARTY, )
ERIC GRIFFIN )
        Plaintiffs, )    2:10-cv-01286-GMN-RJJ
)
vs. )
)    **ORDER**
PATRICK WELSH, *et al.*, )
)
        Defendants. )

This is a civil rights action submitted by the plaintiff Eric Griffin. On August 17, 2010, this court denied plaintiff's application to proceed *in forma pauperis* because he has had three (3) or more prior actions dismissed for failure to state a claim upon which relief may be granted, or as frivolous or malicious (docket #5). Plaintiff filed a notice of appeal to the Court of Appeals for the Ninth Circuit (docket #7). Plaintiff's appeal was dismissed (docket #s 21, 25). Accordingly, plaintiff now has thirty (30) days to pay the $350.00 filing fee for this action.

**IT IS THEREFORE ORDERED** that this entire action will be immediately dismissed without prejudice unless plaintiff pays the $350.00 filing fee in full within **thirty (30) days** of entry of this order.

**IT IS FURTHER ORDERED** that the Clerk of Court shall send plaintiff two copies of this order. Plaintiff shall make the necessary arrangements to have one copy of this order attached to the check paying the filing fee.

DATED this 31st day of January, 2011.

_____
Gloria M. Navarro
United States District Judge