**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NEVADA CHAPTER OF THE NEW BLACK PANTHER PARTY, ERIC GRIFFIN<br>　　　　Plaintiffs,<br>vs.<br>PATRICK WELSH, *et al.*,<br>　　　　Defendants. | 2:10-cv-01286-GMN-RJJ<br><br>**ORDER** |

Plaintiff filed this action pursuant to 42 U.S.C. § 1983. On January 31, 2011, the court issued an order directing plaintiff to pay the full filing fee within thirty (30) days (docket #26). Plaintiff was expressly warned that the action would be dismissed without prejudice if he failed to pay the filing fee in full.

On February 14, 2011 plaintiff filed a handwritten document, not on the court's form, that he called "motion to grant *in forma pauperis* due to imminent physical harm/motion to dismiss Judge Navarro and Johnston from this matter" that was docketed as three motions (docket #s 27, 28, 29). In the motion, plaintiff complains that he has been denied "medical testing," but does not allege imminent physical harm beyond a bare, conclusory allegation. Plaintiff's request that the judges assigned to this matter recuse themselves is meritless. Plaintiff's motion is denied.

The January 31, 2011 Order was served on plaintiff at his address of record. More than the allotted time has elapsed, and plaintiff has not paid the filing fee. Accordingly, this entire action will be dismissed for failure to comply with the court's order.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** for the failure of plaintiff to comply with this court's order to pay the filing fee.

**IT IS FURTHER ORDERED** that plaintiff's "motion to grant in *in forma pauperis* due to imminent physical harm/motion to dismiss Judge Navarro and Johnston from this matter"

(docket #s 27, 28, 29) is **DENIED**.

**IT IS FURTHER ORDERED** that the Clerk shall **ENTER JUDGMENT** accordingly and close this case.

DATED this 14th day of March, 2011.

Gloria M. Navarro
United States District Judge